APPEAL,CLOSED,PROSE–NP,TYPE–F

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:12–cv–02029–UNA
## *Internal Use Only*

STEBBINS v. UNITED STATES OF AMERICA
Assigned to: Unassigned
Cause: 42:1983 Civil Rights Act

Date Filed: 12/18/2012
Date Terminated: 12/18/2012
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**DAVID STEBBINS**	represented by	**DAVID STEBBINS**
8527 Hopewell Road
Harrison, AZ 72601
PRO SE

V.

**Defendant**

**UNITED STATES OF AMERICA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/18/2012 | 1 | | COMPLAINT against UNITED STATES OF AMERICA filed by DAVID STEBBINS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(md, ) (Entered: 12/19/2012) |
| 12/18/2012 | | | SUMMONS Not Issued as to UNITED STATES OF AMERICA (md, ) (Entered: 12/19/2012) |
| 12/18/2012 | 2 | | MOTION for Leave to Proceed in forma pauperis by DAVID STEBBINS (md, ) (Entered: 12/19/2012) |
| 12/18/2012 | 3 | | MEMORANDUM AND OPINION Signed by Judge Richard J. Leon on 12/13/2012. (md, ) (Entered: 12/19/2012) |
| 12/18/2012 | 4 | 3 | ORDER DISMISSING this case with prejudice. ORDERED that the application of the plaintiff to proceed in forma pauperis [Dkt. # 2] is GRANTED. This is a final appealable Order. Signed by Judge Richard J. Leon on 12/13/2012. (md, ) (Entered: 12/19/2012) |
| 01/10/2013 | 5 | | MOTION for Reconsideration by DAVID STEBBINS (ls, ) (Entered: 01/11/2013) |
| 01/10/2013 | 6 | 2 | NOTICE OF APPEAL as to 4 Order Dismissing Pro Se Case by DAVID STEBBINS. Fee Status: No fee paid. Parties have been notified. (ls, ) (Entered: 01/14/2013) |

Case 1:12-cv-02029-UNA   Document 6   Filed 01/10/13   Page 2 of 3
USCA Case #13-5016   Document #1415856   Filed: 01/17/2013   Page 2 of 3
Case 1:12-cv-02029-UNA   Document 5   Filed 01/10/13   Page 3 of 3

**FILED**

**JAN 1 0 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**DAVID STEBBINS**                                                      **PLAINTIFF**

VS.                              **CASE NO. 12-2029**

**UNITED STATES**                                                       **DEFENDANT**

<u>**NOTICE OF APPEAL**</u>

Comes now, *pro se* Plaintiff David Stebbins, who hereby re-submits[1] the following Notice of Appeal, pending disposition of my Motion for Reconsideration.

The District Court erred in dismissing the complaint for the reasons stated in the Motion for Reconsideration.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

**RECEIVED**

**JAN 1 0 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

---

[1] I sent this before, but the Clerks "claim" that they did not receive it.

2

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEC 18 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| David Stebbins,                ) | |
|                                )| |
| Plaintiff,                     )| |
|                                )| |
| v.                             )| Civil Action No. **12 2029** |
|                                )| |
| United States,                 )| |
|                                )| |
| Defendant.                     )| |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 13 day of December 2012,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice for lack of subject matter jurisdiction. This is a final appealable Order.

United States District Judge