# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 13-5016**　　　　　　　　　　　　　　　　**September Term, 2012**

**1:12-cv-02029-UNA**

**Filed On: January 22, 2013** [1416522]

David Stebbins,

       Appellant

  v.

United States of America,

       Appellee

## O R D E R

    It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of the pending post-judgment motion for reconsideration.

    The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Laura M. Chipley
　　　Deputy Clerk