# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-5016**                                                                             **September Term, 2012**

1:12-cv-02029-UNA

**Filed On: March 22, 2013** [1426821]

David Stebbins,

        Appellant

    v.

United States of America,

        Appellee

### O R D E R

It appearing that this case might be suitable for disposition without oral argument, see Fed. R. App. P. 34(a)(2) and D.C. Cir. Rule 34(j), it is

**ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellant's Brief | May 13, 2013 |
| Appendix | May 13, 2013 |

This order does not preclude the court, after examining the briefs, from setting this case for oral argument. If the court resolves to decide the case without oral argument, an order will be issued disclosing the panel prior to issuance of a decision on the merits. All parties should include the following phrase on any subsequent pleading or brief filed in this case: "CASE BEING CONSIDERED FOR TREATMENT PURSUANT TO RULE 34(j) OF THE COURT'S RULES."

All issues and arguments must be raised by appellant in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief.

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 13-5016**                                         **September Term, 2012**

Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. <u>See</u> Fed. R. App. P. 25(a).

     The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                       BY:     /s/
                                       Lynda M. Flippin
                                       Deputy Clerk