RECEIVED
Mail Room

MAR 29 2013

United States Court of Appeals
District of Columbia Circuit

FILED MAR 29 2013 CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rita S Stebbins*  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name) *Rita Stebbins*   C. Date of Delivery MAR 26 2013 |
| 1. Article Addressed to: 13-5016<br>David Stebbins<br>8527 Hopewell Rd.<br>Harrison, AZ 72601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0004 7194 9343 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |