# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-5016**  **September Term, 2012**

1:12-cv-02029-UNA

Filed On: July 29, 2013 [1448856]

David Stebbins,

    Appellant

  v.

United States of America,

    Appellee

## O R D E R

By order filed March 22, 2013, appellant was directed to file a brief and appendix by May 13, 2013. To date, the required brief and appendix have not been received from appellant. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that appellant show cause by August 28, 2013, why this case should not be dismissed for lack of prosecution. The response to the order to show cause may not exceed 20 pages. Failure by appellant to respond to this order will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

            BY:   /s/
                    Sabrina M. Crisp
                    Deputy Clerk