RECEIVED
Mail Room
AUG 2 2 2013
United States Court of Appeals
District of Columbia Circuit

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

**DAVID STEBBINS**                                                                           **APPELLANT**

VS.                                       **CASE NO. 13-5016**

**UNITED STATES**                                                            **APPELLEE**

## RESPONSE TO SHOW CAUSE ORDER AND MOTION FOR ECF ACCESS

Comes now, *pro se* Appellant David Stebbins, who hereby submits the response to the Court's order to show cause why the case should not be dismissed for lack of prosecution, and for leave to file future documents with the ECF System so as to prevent this problem in the future.

### Response to Show-Case Order

The reason Appellant has not filed his supporting brief yet is because he never received any notice of the briefing schedule.

This lack of receipt is understandable when you consider that, all this time, this Court has been sending its correspondences in this case to the *wrong address*! Yeah, bet you didn't realize that you were having THAT poblem, did you?

Please find, attached tot his response, an affidavit from Rita Stebbins, proving that you had been sending the documents to the wrong address.

For this reason, it appears that the order setting the briefing schedule was simply lost in the confusion, because Appellant believed that the District Court's Order Granting Leave to Proceed on Appeal *In Forma Pauperis* was still in the process of being sent to the Appellate Court.

Therefore, Appellant's late procrastination should be forgiven, as it was the Court's fault, not Plaintiff's.

To prevent similar problems from arising in the future, Appellant moves for ECF access From then on, Plaintiff's *email* address would be the address that filings get sent to, meaning that there would be no possibility of it getting sent to the wrong address again unless Plaintiff fails to update his ECF account with any new email address, which means that this will likely not be the Court's fault ever again.

Wherefore, premises considered, Appellant requests that the late brief filing be forgiven, and that ECF access be granted. So requested this 17th day of August, 2013.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

DAVID STEBBINS                                              PLAINTIFF

VS.                        CASE NO. 13-5016

UNITED STATES                                               DEFENDANT

### AFFIDAVIT OF RITA STEBBINS

Comes now, Rita Stebbins, who hereby submits the following affidavit in the above-styled action. I do solemnly swear, under penalty of perjury, that the following statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

1. The Plaintiff in this case is my son. I live at the address of 8527 Hopewell Rd, Harrison, AR 72601, and my son lives at the address of 123 W. Ridge St., APT D, Harrison, AR 72601.

2. For some reason, mailings in this case that were intended for my son are sent to my address, not his. I try to give these things to him if I get them, but I am only human; I concede to the possibility that I might have made a mistake in the past and only thought that I gave it to him when I really didn't.

3. Alternatively, the possibility exists that some mailings may have simply gotten lost in the mail and never reached me.

4. On this day, the 7th day of August, 2013, I gave my son a letter that he claims was an order to explain why he was late filing a motion, or something like that. Out of respect for his privacy, I have not actually *read* the contents of the envelope, so I have no way of knowing whether or not he is telling the truth or not. But the Court should know the plausibility of this claim, based on whether it sent such an order and when it was sent.

5. My son tells me that he needs my testimony in order to prove that the mailings in this case were actually sent to the wrong address, which is why he was late. I did not keep track of what I received on his behalf or when I received it, so I lack personal knowledge of the specifics, but I nevertheless can confirm that this problem does in fact happen, generally.

6. I am speculating at this point, but I believe that the most likely cause of this problem is the fact that my husband is also named David Stebbins. My son and husband have different middle names, which prevents my son from simply being named "David Stebbins Jr.," and this has *always* caused a *lot* of confusion in our family. Thus, a person using a phone book to look up

"David Stebbins in Harrison, AR" would probably find my husband's entry, and just go with it.

7. Whatever the cause of the confusion, I can confirm, with 100% certainty, that my son's legal mailings have been sent to my address rather than his, and therefore, any procrastination or delay on his part may not be entirely his fault.

8. If you have any questions about this affidavit or the contents thereof, my phone number is in the signature of this affidavit. I am currently between jobs; if it remains this way, I should be available to receive a call any day except Wednesday (my husband's pay day, when I will be in town running errands, where I will have no cell phone).

I, the undersigned, do hereby certify, under penalty of perjury, that the aforementioned statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

*Rita F. Stebbins*
Rita F. Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386

## ACKNOWLEDGMENT

On this day before the undersigned, a Notary Public, duly qualified and acting in and for the county and state aforesaid personally appeared RITA F. STEBBINS, known to me or satisfactorily proven, whose name appears as AFFIANT in the foregoing instrument, and stated that he/she had executed the same for the uses and purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 8th day of August, 2013.

NOTARY PUBLIC

4-4-21   *Michelle Larimore*

My Commission Expires:

[Notary Seal: MICHELLE LARIMORE, Commission No. 12361717, NOTARY PUBLIC, My Comm. Exp. 04-04-2021, BOONE CO., ARKANSAS]