# United States Court of Appeals
### For The District of Columbia Circuit

**No. 13-5016**  September Term, 2013

1:12-cv-02029-UNA

Filed On: September 13, 2013

David Stebbins,

    Appellant

    v.

United States of America,

    Appellee

### O R D E R

Upon consideration of the court's order to show cause filed July 29, 2013, and appellant's response thereto, which contains a request for permission to file electronically, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that appellant be permitted to participate as an ECF filer in the court's Case Management/Electronic Case files (CM/ECF) system, solely for the purposes of this case and so long as he is not represented in this case by an attorney. See Administrative Order Regarding Electronic Case Filing, ECF-2(B) (D.C. Cir. May 15, 2009). This permission is granted subject to the terms of the Administrative Order and D.C. Circuit Rule 25. It is

**FURTHER ORDERED** that appellant's brief and appendix are now due 30 days from the date of this order. Appellant's failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant both by certified mail, return receipt requested, and by first class mail.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Lynda M. Flippin
Deputy Clerk