# UNITED STATES COURT OF APPEALS FOR THE
# DISTRICT OF COLUMBIA CIRCUIT

**DAVID STEBBINS**                                                                 **APPELLANT**

**VS.**                                    **CASE NO. 13-5016**

**UNITED STATES**                                                                 **APPELLEE**

## CERTIFICATE OF SERVICE

    I, *pro se* Appellant David Stebbins, do hereby certify under penalty of perjury that the Defendants have been served with a copy of my Appellant Briefing by allowing them to view the Briefing on ECF.

    */s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com