# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-5016**                            **September Term, 2013**

1:12-cv-02029-UNA

**Filed On:** January 16, 2014

David Stebbins,

      Appellant

   v.

United States of America,

      Appellee

**BEFORE:** Rogers and Srinivasan, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentation in appellant's brief. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

**Per Curiam**